EXHIBIT A

# LOAN REQUEST

## CUSTOMER INFORMATION

Social Security Number: ███████████

First Name: ALLEN  MI: ___

Last Name: Patton

Physical Address: ███ CASTANIA ST  Apt. #: D

City: SD  State: CA  Zip: 92113

Mailing Address (if different from above): ___

Cell Phone: 619 6339152  Home Phone: ___

Work Phone: ___ Ext.: ___

Email Address: AP4190@live.com

## LOAN INFORMATION

Please write your check for the loan amount plus the fee. For more information on the cost of your loan, refer to the chart below.

☐ Yes  Check here if your gross income per pay period has changed since your last loan.
If yes, please provide verification of your income.

## NOTICE TO CUSTOMER

Information about the charges for your deferred deposit transaction is set forth below. A fee of $15 may be charged if a check you give us is returned for any reason. You cannot be criminally prosecuted or threatened with criminal prosecution for purposes of collecting a deferred deposit obligation. We may not accept any collateral in connection with a deferred deposit transaction. This is a deferred deposit transaction made pursuant to Financial Code 23035. This transaction is not subject to the provisions of Civil Code Section 1719, and you cannot be required to pay treble damages if your check does not clear. The Department of Business Oversight toll-free number for receiving calls regarding customer complaints and concerns is 866.ASK.CORP or 866.275.2677.

| Loan Amount | Check Amount |
|---|---|
| $50.00 | $58.82 |
| $100.00 | $117.65 |
| $150.00 | $176.47 |
| $200.00 | $235.29 |
| $255.00 | $300.00 |

Payday loans are approximately $17.65 per $100 borrowed.
Using a $100 payday loan as an example: 14-Day Loan Term - APR is 460.16%*

*The Annual Percentage Rate ("APR") is the cost of your loan expressed as a yearly rate. The actual APR for your loan may be higher or lower, depending on the actual amount you borrow and your actual repayment schedule.

## ACKNOWLEDGEMENTS & SIGNATURE

**Telephone Calls and Text Messages.** You agree that we may monitor and/or record any of your phone conversations with any of our representatives. We may use automated telephone dialing, text messaging systems and electronic mail to provide telephone or text messages to you about payment due dates, missed payments and other important information. The telephone messages may be played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your voice mailbox or answering machine. You give us your permission to call or send a text message to any telephone number you have given us and to play pre-recorded messages or send text messages with information about your loan over the phone. You also give us permission to communicate such information to you via email. You agree that we will not be liable to you for any such calls, texts, or emails. You understand that, when you receive such calls or text messages, you may incur a charge from the company that provides you with telecommunications, wireless and/or Internet services. You agree that we have no liability for such fees.

**Credit Reporting.** You agree that we may make inquiries concerning your credit history and standing, and we may report information concerning your performance under this Agreement to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

I acknowledge that I have read all disclosures on this form, including the Notice to Customer, and that all information I have provided is accurate to the best of my knowledge.

Signature: _[signed]_  Month: 12  Date: 26  Year: 18

Customer Notice: There are a wide variety of loan products available in the marketplace, so your choice of lending products should match your financial needs. Small-dollar loans used over a long period of time can be expensive. Licensed by

If you have questions, comments
or concerns, please call our
Customer Service Line
1 (800) 745-1011



**MONEYTREE, INC.**
2702 EL CAJON BLVD
SAN DIEGO, CA 92104
(619)563-6669

# DEFERRED DEPOSIT LOAN AGREEMENT AND DISCLOSURE STATEMENT

Name __PATTON, ALLEN L__ Customer __1914__ Date __December 26, 2018__

Home Address __▓▓▓ CATANIA ST APT D__ City, State Zip __SAN DIEGO, CA 92113__

This is our agreement with you setting forth the terms of your deferred deposit loan transaction. Before you sign below, please read this Agreement carefully. The words "you" and "your" refer to the customer signing this Agreement. The words "we", "us" and "our" refer to Moneytree, Inc. The boxed-in disclosures are part of the terms and conditions of this Agreement. This Agreement and transaction are governed by the laws of the State of California.

**Deferred Deposit Loan Terms:** You promise to pay us __$235.29__. You acknowledge that you have received from us the loan principal of __$200.00__. By signing this Agreement, you authorize us to make a one-time electronic funds transfer from your account in the amount of __$235.29__ on or shortly after the date payment is due, but no earlier than 3:00 pm Pacific Time on __January 23, 2019__. This authorization will remain in effect unless you revoke it in writing before the date payment is due. The total fee we charge for this deferred deposit loan is __$35.29__. The Annual Percentage Rate figure in the box below is based upon our fee being add-on interest, which we fully earn as of the date of this Agreement. We cannot make any deferred deposit transactions contingent on your purchasing any other product or service.

**Right to Rescind:** You have the right to cancel this loan at any time before the close of business on the next day we are open following the date of this loan. If you decide to cancel the loan, you must inform us you wish to cancel your loan and pay us __$200.00__ in the form of cash, a certified check, a cashier's check or a money order.

Itemization of Amount Financed of __$200.00__     (Amount Given To You Directly)

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 230.02 % | $35.29 | $200.00 | $235.29 |

**Payment Schedule:** One payment in the amount of __$235.29__ due on __Wednesday__ __January__ __23,__ __2019__.
                                                                                (Day of Week) (Month) (Date) (Year)

**Prepayment:** If you pay off your loan early you will not be entitled to a refund of any part of the Finance Charge unless you rescind this loan as set forth above.

See the terms in this Agreement for additional information about nonpayment and default.

**Disclosures under the California Deferred Deposit Transaction Law**
Information about the charges for your deferred deposit transaction is set forth above. A fee of $15 may be charged if a check you give to us is returned for any reason. You cannot be criminally prosecuted or threatened with criminal prosecution for purposes of collecting a deferred deposit obligation. We may not accept any collateral in connection with a deferred deposit obligation. This is a deferred deposit transaction made pursuant to Financial Code Section 23035. This transaction is not subject to the provisions of Civil Code Section 1719, and you cannot be required to pay treble damages if your check does not clear. The Department of Business Oversight toll-free number for receiving calls concerning customer complaints and concerns is 1.866.ASK.CORP or 1.866.275.2677.

ca_dd_ach_en_p1 (07/18)

PATTON, ALLEN L            1914            December 26, 2018

## OTHER TERMS OF YOUR LOAN

**COLLECTION:** We will not seek or threaten you with criminal prosecution for the purpose of collecting your loan.

**PAYMENT OF YOUR LOAN:** Please review the following important terms about repayment of your loan:
**RETURNED TRANSACTIONS:** If the electronic debit to your account is returned unpaid by your bank, we will charge you a $15 one-time returned item fee. Any payments on your obligation will be applied first to the principal amount of the loan and the finance charge, and then to the returned item fee. We may make multiple attempts to re-present your transaction for payment, subject to the maximum number of re-presentments allowed by applicable law or clearing house rules. If an electronic debit is returned, you authorize us to create a check drawn on your account, sign the check on your behalf, and cash the check or deposit it into our account. The check will be drawn in the amount of the Total of Payments and will be processed just like an ordinary check you write. You appoint us as your representative to create, sign and cash or deposit the check. Your appointment of us will be irrevocable and coupled with an interest, and will terminate on the date we receive payment in full.

**CREDIT REPORTING:** You agree that we may make inquiries concerning your credit history and standing, and we may report information concerning your performance under this Agreement to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**TELEPHONE CALLS AND TEXT MESSAGES:** You agree that we may monitor and/or record any of your phone conversations with any of our representatives. We may use automated telephone dialing, text messaging systems and electronic mail to provide telephone or text messages to you about payment due dates, missed payments and other important information. The telephone messages may be played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your voice mailbox or answering machine. You give us your permission to call or send a text message to any telephone number you have given us and to play pre-recorded messages or send text messages with information about your loan over the phone. You also give us permission to communicate such information to you via email. You agree that we will not be liable to you for any such calls, texts, or emails. You understand that, when you receive such calls or text messages, you may incur a charge from the company that provides you with telecommunications, wireless and/or Internet services. You agree that we have no liability for such fees.

The following provision "ARBITRATION" is not binding on and does not apply to a military service member or a dependent of a military service member who is a "covered borrower", as that term is defined in the Military Lending Act and implementing regulations of the Department of Defense (32 CFR Part 232).

**ARBITRATION:** We and you each agree to submit any controversy, dispute or claim arising out of or relating in any way to this Agreement to final and binding arbitration administered by the American Arbitration Association, according to its Arbitration Rules. By signing this Agreement, you acknowledge and agree that you are waiving your right to sue Moneytree, Inc. in court and to have a jury trial, that you are agreeing instead to resolve all disputes through binding arbitration, and that any claim against Moneytree, Inc. will be brought in your individual capacity, and not as a plaintiff or class member in any class action. However, for any claim within the jurisdictional limits of the small claims court, we or you may bring a claim in small claims court.
**OPT-OUT:** If you elect not to arbitrate your claims, you may opt-out from this requirement (and then both you and Moneytree may bring claims in court), by sending a written and signed rejection notice to us within 30 days after the date of this Agreement. The notice must be sent to P.O. Box 58443, Seattle, Washington 98138, Attn: Legal, and must include your name, address, the date of this Agreement and a statement that you are rejecting the Arbitration Provision in this Agreement.

**Caution: It is important that you read this Agreement and Disclosure thoroughly before you sign it.** By signing below, you acknowledge that (1) you have read and received a copy of this Deferred Deposit Loan Agreement and Disclosure; (2) you agree to the above terms, including the Arbitration Agreement set forth in this Agreement; and (3) there are no other outstanding deferred deposit loan transactions between you and Moneytree, Inc.

_____  _____  00386 786503
Customer Signature  Moneytree, Inc. Authorized Representative Signature  / December 26, 2018
ABA# 325081403 ; Account # _____  Date
You have been approved to borrow up to $255.00 .

ca_dd_ach_cn_p2 (07/18)

ACH? Yes

Customer Name:    ALLEN PATTON
Customer SS#:    ▮▮▮▮
Maker Name:    PATTON, ALLEN L

Deposit Date: 01/23/2019

Bank Name:    BECU (DNC)
Bank Transit #:    325081403
Checking Acct. #: ▮▮▮▮

Draft Amount: $235.29

Window #:    00386

Check #:    786503

Teller :    DESIREE

I have requested a payday loan from Moneytree and instead of providing Moneytree a post-dated check I have signed a loan agreement authorizing Moneytree to electronically debit my checking account for the amount of $235.29 on 01/23/2019 unless, before that date, I revoke this authorization in accordance with the loan agreement. I understand that if I do not have sufficient funds in my account on that date, Moneytree may seek payment of the amount I owe by reinitiating the electronic debit.

Moneytree, Inc.

_____
Teller Signature

Today's Date: 12/26/2018

_____
Customer Signature